UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

THOMAS GRASKEWICZ, MEMBER
OF TDS OF AMERICA, LLC

    Respondent.
_____/

MISC. NO. 17-mc-51174

HON. ROBERT H. CLELAND

## **ORDER OF DISMISSAL**

Petitioner having advised the Court that respondent, Thomas Graskewicz, Member of TDS America, LLC, has complied with the Internal Revenue Service Summons served upon him on April 5, 2017, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that this case brought against respondent, Thomas Graskewicz, Member of TDS of America, LLC, by the petitioner is hereby dismissed without prejudice and without costs to either party.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: February 11, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 11, 2018, by electronic and/or ordinary mail.

                                                                S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522